UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

STARCHA SPORRER

    Plaintiff,

v.

JOSEPH DULAK and KEEKO, LLC

    Defendants.

Case No.: 1:22-cv-01110-WCG

Hon. William C. Griesbach

## DEFENDANTS' RULE 7.1 DISCLOSURE STATEMENT

The undersigned, counsel of record for Defendants, furnishes the following disclosure in compliance with Civil L. R. 7.1 and Fed. R. Civ. P. 7.1:

(1)    The undersigned represents Joseph Dulak and Keeko, LLC. Joseph Dulak is an individual and Keeko, LLC is a Michigan limited liability company.

(2)    Keeko, LLC does not have a parent corporation.

(3)    No publicly held corporatation owns 10% or more of Keeko, LLC's stock.

Dated: September 23, 2022

By:    s/ Kristina H. Kaluza
Kristina H. Kaluza
State Bar No. 1120323
DYKEMA GOSSETT PLLC
4000 Wells Fargo Center
90 S. Seventh Street
Minneapolis, Minnesota 55402
(612) 486-1900
kkaluza@dykema.com

James F. Hermon *admission pending*
Brett M. Gelbord *admission pending*
DYKEMA GOSSETT PLLC
400 Renaissance Center

Detroit, Michigan 48243
(313) 568-6800
jhermon@dykema.com
bgelbord@dykema.com

***Attorneys for Defendants***