# EXHIBIT A

Sharena MI + WI    Post Termination Commissions

| Order Date | Name | Address | Gross Commission $ | Less 9% Corp Fee | Less Contract Fee | Total | Starbucks Net Pledge | Less 6% terminated fee | Commission to Sharena | Check # | Check Cashed |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/18/2021 | Paquette/Johnston | 1200 23rd St, Menominee | $3,150.00 | $157.50 | $50.00 | 2,942.50 | 2,206.87 | | 1,103.43 | 15457 | No |
| 10/20/2021 | Walker/Brandri | 2703 Merchant St, Marinette | $1,440.00 | $72.00 | $50.00 | 1,318.00 | 988.50 | | 494.25 | 9686 | Yes |
| 10/20/2021 | Bachelor/Carow | 1800 17th Ave, Menominee | $10,494.00 | $524.70 | $50.00 | 9,919.30 | 7,439.47 | | 3,719.74 | 15458 | No |
| 11/2/2021 | Corey/Schmitz | 923 Parnell St, Marinette | $5,260.00 | $263.00 | $50.00 | 4,947.00 | 3,710.25 | | 1,855.12 | 9690 | Yes |
| 11/3/2021 | Kuhr/Hughes | W9311 Whispering Pines Rd, Stephenson | $4,260.00 | $213.00 | $50.00 | 3,997.00 | 2,997.75 | | 1,498.87 | 15459 | No |
| 10/29/2021 | Baur/Jacobson | H982 Shore Dr, Marinette | $8,200.00 | $410.00 | $50.00 | 7,740.00 | 5,805.00 | | 2,902.50 | 9691 | No |
| 11/5/2021 | Jacobson/Greenley | 1228 Hockridge St, Marinette | $1,932.00 | $96.60 | $50.00 | 1,785.40 | 1,339.05 | | 669.52 | 9754 | Yes |
| 11/8/2021 | Grasano/Hartl | 622 McAlister Ave, Marinette | $4,320.00 | $216.00 | $50.00 | 4,054.00 | 3,040.50 | | 1,520.25 | 9693 | No |
| 11/8/2021 | Meier/Monte | 845 Marinette Ave, Marinette | $2,996.00 | $149.80 | $50.00 | 2,796.20 | 2,097.15 | | 1,048.57 | 9706 | No |
| 11/11/2021 | Corey/Edmundson | 2448 Bangs St, Marinette | $3,396.00 | $169.80 | $50.00 | 3,176.20 | 2,382.15 | | 1,048.57 | 9716 | No |
| 11/11/2021 | Semrau/Fices | 1601 28th Ave, Menominee | $2,970.00 | $148.50 | $50.00 | 2,771.50 | 2,078.62 | | 1,191.07 | 15379 | No |
| 11/15/2021 | Herman/Kemp | W6929 12.85 Rd, Menominee | $2,920.00 | $146.00 | $50.00 | 2,724.00 | 2,043.00 | | 1,039.31 | 15390 | No |
| | | | | | | | | | 1,021.50 | | |



In-house / Co-broke          Michigan / Wisconsin

Poquette / Johnson
Seller        Buyer

Starchie

Date Sold: 10-18-21

Sold For $ 105,000 at __ %

For Agent: _____
Seller/Buyer

<u>Commission Breakdown</u>

Commission to State Wide                    $ 3150

Co-Broke/Referral to _____ (__%)        $ _____

Balance                                     $ _____

Less State Wide Corp Fee 5%                 $ 157.50

Less Errors/Omissions Insurance             $25.00

Less Administration File Review             $25.00

BALANCE                                     $ 2942.50

Net to associate at ( 75 %)                 $ 2206.87

50% Compensation following termination 1103.43

2703 Merchant St.



In-house/(Co-broke)          Michigan/(Wisconsin)

_Waeller_ , _Bhandari_
Seller          Buyer

Starcha
Contingencies
removed 10/4

Date Sold: ___10-20-21___

Sold For $ _40,000_ at __%

For Agent: _____
          Seller/Buyer

### Commission Breakdown

Commission to State Wide                          $ _1440.00_

Co-Broke/Referral to _____ (__%)          $ _____

Balance                                          $ _____

Less State Wide Corp Fee 5%                       $ _72.00_

Less Errors/Omissions Insurance                   $25.00

Less Administration File Review                   $25.00

BALANCE                                           $ _1318.00_

Net to associate at (75%)                         $ _988.50_

Compensation following termination  50% 494.25

Starche

**STATE WIDE REAL ESTATE**

Bachelor /  (In-house)/ Co-broke          (Michigan)/ Wisconsin

Curow

_____ / _____
Seller        Buyer

Date Sold: ___10-20-21___

Sold For $ _174,900_ at __%

For Agent: _____
Seller/Buyer

MI

### Commission Breakdown

| | |
|---|---|
| Commission to State Wide | $ 10,494.00 |
| Co-Broke/Referral to _____ (__%) | $ |
| Balance | $ 10,494.00 |
| Less State Wide Corp Fee 5% | $ 524.70 |
| Less Errors/Omissions Insurance | $25.00 |
| Less Administration File Review | $25.00 |
| BALANCE | $ 9919.30 |
| Net to associate at (75%) | $ 7439.47 |

50% Compensation following termination  $ 3719.74

**STATE WIDE REAL ESTATE**

Corey Schmitz

Starcher

In-house/Co-broke          Michigan/Wisconsin

_____ / _____
Seller              Buyer

Date Sold: __10-28-21__

Sold For $ __131,500__ at __4__%

For Agent: _____
Seller/Buyer

**Commission Breakdown**

Commission to State Wide                         $ _5260.00_

Co-Broke/Referral to _____ (__%)      $ _____

Balance                                         $ _5260.00_

Less State Wide Corp Fee 5%                     $ _263.00_

Less Errors/Omissions Insurance                 $25.00

Less Administration File Review                 $25.00

BALANCE                                         $ _4947.00_

Net to associate at (_75_%)                     $ _3710.25_

Compensation following termination 50%  $ 1855.12



In-house/Co-broke          Michigan/Wisconsin

_____ / _____
    Seller          Buyer

*Stardva*
*Kuhn/ Hughes*

Date Sold: __11-3-21__

Sold For $ _142,000_ at 6 %

For Agent: _____
                    Seller/Buyer

## Commission Breakdown

Commission to State Wide                              $ 4260.00

Co-Broke/Referral to _____ (__%)      $ _____

Balance                                              $ 4260.00

Less State Wide Corp Fee 5%                          $ 213.00

Less Errors/Omissions Insurance                      $25.00

Less Administration File Review                      $25.00

BALANCE                                              $ 3997.00

Net to associate at ( 75 %)                          $ 2997.75

50% Compensation following termination  1498.87
          OK DSP. 11/4/21



**STATE WIDE REAL ESTATE**

_Starchle_

In-house/Co-broke                    Michigan/Wisconsin

_Baur_ / _Jacobsen_
Seller              Buyer

Date Sold: _10-29-21_

Sold For $ _205,000_ at _4_ %

For Agent: _____
                    Seller/Buyer

### Commission Breakdown

| | |
|---|---|
| Commission to State Wide | $ 8200.00 |
| Co-Broke/Referral to _____ (__%) | $ _____ |
| Balance | $ _____ |
| Less State Wide Corp Fee 5% | $ 410.00 |
| Less Errors/Omissions Insurance | $25.00 |
| Less Administration File Review | $25.00 |
| BALANCE | $ 7740.00 |
| Net to associate at (75%) | $ 5805.00 |

Compensation following termination 50% 2902.50



Starcha

Jacobson/
Greenley

In-house / Co-broke

Michigan / Wisconsin

_____ / _____
Seller       Buyer

Date Sold: 11-5-21

Sold For $ 84,000 at __%

For Agent: _____
            Seller/Buyer

## Commission Breakdown

Commission to State Wide                              $ 1932.00

Co-Broke/Referral to _____ (__%)                 $ _____

Balance                                              $ 1932.00

Less State Wide Corp Fee 5%                          $ 96.60

Less Errors/Omissions Insurance                      $25.00

Less Administration File Review                      $25.00

BALANCE                                              $ 1785.40

Net to associate at ( 75 %)                          $ 1339.05

Compensation following termination 50%              669.52



In-house/Co-broke        Michigan/Wisconsin

*Starcha*
*Cerazzano*
*Hautt*

_____ / _____
Seller       Buyer

Date Sold: 11-8-21

Sold For $ 120,000 at \_\_%

For Agent:_____
         Seller/Buyer

### Commission Breakdown

| | |
|---|---|
| Commission to State Wide | $ 4320.00 |
| Co-Broke/Referral to _____ (\_\_%) | $_____ |
| Balance | $_____ |
| Less State Wide Corp Fee 5% | $ 216.00 |
| Less Errors/Omissions Insurance | $25.00 |
| Less Administration File Review | $25.00 |
| BALANCE | $ 4054.00 |
| Net to associate at ( 75 %) | $ 3040.50 |

50% Compensation following termination    1520.25

Stan Za



In-house/Co-broke          Michigan/Wisconsin

Meier/Montie _____ / _____
                      Seller       Buyer

Date Sold: __10-29-21__

Sold For $__74,900__ at __%

For Agent:_____
                    Seller/Buyer

Commission Breakdown

Commission to State Wide                    $ 2996.00

Co-Broke/Referral to _____ (__%)       $_____

Balance                                     $ 2996.00

Less State Wide Corp Fee 5%                 $ 149.80

Less Errors/Omissions Insurance             $25.00

Less Administration File Review             $25.00

BALANCE                                     $ 2796.20

Net to associate at (75%)                   $ 2097.15

50% Compensation following termination      1048.57

*Starcha*

**STATE WIDE REAL ESTATE**

In-house / Co-broke          Michigan / Wisconsin

*Corey Amundson*

_____ / _____
Seller / Buyer

Date Sold: 11-8-2021

Sold For $ 95,000 at __%

For Agent: _____
Seller/Buyer

### Commission Breakdown

| | |
|---|---|
| Commission to State Wide | $ 3396.00 |
| Co-Broke/Referral to _____ (__%) | $ _____ |
| Balance | $ 3396.00 |
| Less State Wide Corp Fee 5% | $ 169.80 |
| Less Errors/Omissions Insurance | $25.00 |
| Less Administration File Review | $25.00 |
| BALANCE | $ 3176.20 |
| Net to associate at (75%) | $ 2382.15 |

50% Compensation following termination    1191.07

Starcher



Robbel
Semray Flores

In-house/(Co-broke)    (Michigan)/Wisconsin

_____ / _____
      Seller           Buyer

Date Sold: __11-11-21__

Sold For $__99,000__ at __%

For Agent:_____
              Seller/Buyer

Commission Breakdown

Commission to State Wide                          $ __2970.00__

Co-Broke/Referral to _____ ___ (__%)         $ _____

Balance                                          $ __2970.00__

Less State Wide Corp Fee 5%                       $ __148.50__

Less Errors/Omissions Insurance                  $25.00

Less Administration File Review                   $25.00

BALANCE                                           $ __2771.50__

Net to associate at (__75__%)                    $ __2078.62__

  50% Compensation following termination    1039.31



STATE WIDE REAL ESTATE

(In-house)/Co-broke          (Michigan)/Wisconsin

Sarcha
Herman
Kleme

_____ / _____
     Seller        Buyer

Date Sold: __1-15-21__

Sold For $__146000__ at __%

For Agent: _____
              Seller/(Buyer)

## Commission Breakdown

| | |
|---|---|
| Commission to State Wide | $ 2920.00 |
| Co-Broke/Referral to _____ (__%) | $ _____ |
| Balance | $ 2920.00 |
| Less State Wide Corp Fee 5% | $ 146.00 |
| Less Errors/Omissions Insurance | $25.00 |
| Less Administration File Review | $25.00 |
| BALANCE | $ 2724.00 |
| Net to associate at (75%) | $ 2043.00 |

50% Compensation following termination

1021.50