# United States District Court
EASTERN DISTRICT OF WISCONSIN

STARCHA SPORRER,

        Plaintiff,

v.

**JUDGMENT IN A CIVIL CASE**
Case No. 22-C-1110

JOSEPH DULAK, KEEKO, LLC, and
STATEWIDE REAL ESTATE OF
MICHIGAN WISCONSIN, INC.

        Defendants.

---

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict

☒ **Decision by Court.** This action came before the Court for consideration.

    **IT IS HEREBY ORDERED AND ADJUDGED** that Plaintiff takes nothing and this case is DISMISSED.

Approved: s/ William C. Griesbach
WILLIAM C. GRIESBACH
United States District Judge

Dated: November 21, 2023

GINA M. COLLETTI
Clerk of Court

s/ Kyle W. Frederickson
(By) Deputy Clerk