**Exhibit 19**

# Hermon, James

| | |
|---|---|
| **From:** | Starcha Sporrer <starchajames@gmail.com> |
| **Sent:** | Tuesday, October 24, 2023 8:02 PM |
| **To:** | VanOver, Ryan |
| **Cc:** | Gelbord, Brett; Hermon, James |
| **Subject:** | Re: Anita's declaration |
| | |
| **Categories:** | Filed to ND |
| **FilingIndicator:** | -1 |

**\*\*\* EXTERNAL\*\*\***

Thank you



    

On Tue, Oct 24, 2023 at 6:33 PM VanOver, Ryan <RVanOver@dykema.com> wrote:

Hi Starcha,

Please see Exhibits F and G to Anita's Deposition.

Best,

-Ryan

**Ryan J. VanOver**
Attorney

D 313-568-6534 ▪ M 313-450-5355
RVanOver@dykema.com ▪ dykema.com

**BIO   VCARD**

400 Renaissance Center
Detroit, Michigan 48243

*** Notice from Dykema Gossett PLLC: This Internet message may contain information that is privileged, confidential, and exempt from disclosure. It is intended for use only by the person to whom it is addressed. If you have received this in error, please (1) do not forward or use this information in any way; and (2) contact me immediately.

Neither this information block, the typed name of the sender, nor anything else in this message is intended to constitute an electronic signature unless a specific statement to the contrary is included in this message.

---

**From:** Starcha Sporrer <starchajames@gmail.com>
**Sent:** Tuesday, October 24, 2023 7:00:49 PM
**To:** Hermon, James <JHermon@dykema.com>; Brett Gelbord <BGelbord@dykema.com>
**Subject:** Anita's declaration

**\*\*\* EXTERNAL\*\*\***

Hi,

I am working on my response to the motion summary you filed and have come to find that there is no F or G exhibits as mentioned by Anita in her declaration and made reference to. However, about 18% of the statements in her declaration are based on those exhibits. Can you please advise as to why this is.

Thank you,

Starcha

